## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| WELLS FARGO BANK, N.A. | Case No: 4:19-CV-04141-KES |
| Interpleader Plaintiff, | **INTERPLEADER DEFENDANT ANTONIO CABALLERO'S MOTION TO DISMISS FIRST AMENDED COMPLAINT IN INTERPLEADER OF GARNISHEE WELLS FARGO BANK, N.A. WITH PREJUDICE PURSUANT TO RULE 12(B)(6), FED. R. CIV. P.** |
| vs. | |
| ANTONIO CABALLERO et al. | |
| Interpleader Defendants. | |
| _____/ | |

Interpleader Defendant Antonio Caballero ("Caballero"), by and through undersigned counsel, hereby moves to dismiss the First Amended Complaint in Interpleader ("Complaint") filed by Wells Fargo Bank, N.A. ("Wells Fargo") [D.E. 6] with prejudice pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted for the reasons set forth in its accompanying Memorandum of Law.

DATED this 18th day of September, 2019.

Myers Billion, LLP

By: /s/ James R. Myers
James R. Myers, P.C.
Joshua D. Zellmer, P.C.
Attorneys for Antonio Caballero
230 S. Phillips Ave., Suite 300
P.O. Box 1085
Sioux Falls, SD 57101-1085
Phone: (605) 336-3700
Fax: (605) 336-3786
Email: jmyers@myersbillion.com
Email: jzellmer@myersbillion.com

*Local Counsel for Antonio Caballero*

**ZUMPANO PATRICIOS, P.A.**

Joseph I. Zumpano, Esq.
*Pro Hac Vice forthcoming*
312 Minorca Avenue
Coral Gables, FL 33134
Phone: 305-444-5565
Email: jzumpano@zplaw.com

*Counsel for Antonio Caballero*

Leon N. Patricios, Esq.
*Pro Hac Vice forthcoming*
312 Minorca Avenue
Coral Gables, FL 33134
Phone: 305-444-5565
Email: lpatricios@zplaw.com

*Counsel for Antonio Caballero*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 18, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern Division by using the CM/ECF system, which constitutes service on the following parties:

Daniel R. Fritz , II
Timothy R. Rahn
Ballard Spahr LLP
101 South Reid Street, Suite 302
Sioux Falls, SD 57103
(605) 978-5200
Fax: (605) 978-5225
Email: fritzd@ballardspahr.com
Email: rahnt@ballardspahr.com
Counsel for Wells Fargo Bank, N.A.

              /s/ James R. Myers
              James R. Myers, P.C.

## **CERTIFICATE OF SERVICE TO NON-APPEARING PARTIES**

  I hereby certify that on September 28, 2019, I mailed via U.S. mail, a true and correct copy of the foregoing document to the parties addressed as follows:.

Brendan V. Johnson (S.D. # 3263)
Timothy W. Billion (S.D. # 4641)
ROBINS KAPLAN LLP
140 N. Phillips Avenue, Suite 307
Sioux Falls, SD 57104
Telephone: 605-335-1300
Facsimile: 605-740-7199
Email: BJohnson@RobinsKaplan.com
Email: TBillion@RobinsKaplan.com

and

Newton P. Porter, Esq.
Tony Korvick, Esq.
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156
Telephone: (305) 373-5040
Email: nporter@porterandkorvick.com
Email: tkorvick@porterandkorvick.com

and

Nathaniel A. Tarnor, Esq.
HAGENS BERMAN SOBOL SHAPIRO, LLP
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (646) 543-4992
Email: NathanT@hbsslaw.com

          /s/ James R. Myers
              James R. Myers, P.C.