IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

WELLS FARGO BANK, N.A.,

    Interpleader Plaintiff,

vs.

ANTONIO CABALLERO,

KEITH STANSELL, MARC GONSALVES, THOMAS HOWES, JUDITH JANIS, CHRISTOPHER JANIS, MICHAEL JANIS, JONATHAN JANIS and

OLIVIA PESCATORE, JOSH PESCATORE, JADA PESCATORE, JARROD PESCATORE, JORDAN PESCATORE, CAROL PESCATORE HARPSTER individually and as the representative of the estate of FRANK PESCATORE SR., RICHARD PESCATORE, JOHN PESCATORE, CAROLYN PESCATORE and

BANCO CONTINENTAL S.A., GOVERNMENT OF HONDURAS, and INVERSIONES CONTINENTAL (PANAMA), S.A. DE C.V. a/k/a GRUPO CONTINENTAL

    Interpleader Defendants.

Case No.: 4:19-cv-04141-KES

)

## MOTION TO TRANSFER BECAUSE OF IMPROPER VENUE

Pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. §§ 1404(a) and 1406(a), the ATA Judgment Creditors hereby move to transfer venue to the U.S. District Court for the District of Columbia ("D.D.C."). None of the defendants reside in South Dakota. As such, Wells Fargo's Amended Complaint fails to satisfy the required statutory interpleader venue rule in 28 U.S.C. § 1397 and venue is improper in this district, but can be cured by transfer to the D.D.C.

90120150.1

The ATA Judgment Creditors moving for transfer are: Keith Stansell, Marc Gonsalves, Thomas Howes, Judith Janis, Christopher Janis, Michael Janis, Jonathan Janis (the Stansell ATA Judgment Creditors), and Olivia Pescatore, Josh Pescatore, Jada Pescatore, Jarrod Pescatore, Jordan Pescatore, Carol Pescatore Harpster, individually and as Representative of the Estate Of Frank Pescatore Sr., Richard Pescatore, John Pescatore, and Carolyn Pescatore (the Pescatore ATA Judgment Creditors) (collectively, the ATA Judgment Creditors).

Respectfully submitted October 21, 2019.

> */s/ Timothy W. Billion*
> Timothy W. Billion, Esq.
> ROBINS KAPLAN LLP
> 140 North Phillips Avenue, Suite 307
> Sioux Falls, SD 57104
> Telephone:     (605) 740-7102
> Email:  TBillion@RobinsKaplan.com
>
> *Local Counsel for the ATA Judgment Creditors*
>
> Newton P. Porter, Esq.
> Tony Korvick, Esq.
> PORTER & KORVICK, P.A.
> 9655 South Dixie Highway Suite 208
> Miami, Florida 33156
> Telephone:     (305) 373-5040
> Email:  nporter@porterandkorvick.com
> Email:  tkorvick@porterandkorvick.com
>
> *Counsel for the Stansell ATA Judgment Creditors*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court by using the CM/ECF system, which constitutes service on the following parties:

Daniel R. Fritz , II
Timothy R. Rahn
Ballard Spahr LLP
101 South Reid Street, Suite 302
Sioux Falls, SD 57103
(605) 978-5200
Fax: (605) 978-5225
Email: fritzd@ballardspahr.com
Email: rahnt@ballardspahr.com

*Counsel for Wells Fargo Bank, N.A.*

Joseph I. Zumpano
Leon N. Patricios
Zumpano Patricios, P.A.
312 Minorca Avenue
Coral Gables, FL  33134
(305) 444-5565
Fax: (305) 444-8588
Email:  jzumpano@zplaw.com
Email:  lpatricios@zplaw.com

James R. Myers
Joshua D. Zellmer
Myers Billion, LLP
PO Box 1085
Sioux Falls, SD 57101-1085
(605) 336-3700
Fax: (605) 336-3786
Email:  jmyers@myersbillion.com
Email:  jzellmer@mysersbillion.com

*Counsel for Antonio Caballero*

90120150.1

Stephen D. Bell , Esq.
Dorsey & Whitney LLP
125 Bank Street #600
Missoula, MT 59802
(406) 721-6025
Fax:  (303) 629-3405
Email: bell.steve@dorsey.com

*Counsel for Republic of Honduras*

                                                */s/ Timothy W. Billion*


# CERTIFICATE OF SERVICE
## TO NON-APPEARING PARTIES OR COUNSEL

I HEREBY CERTIFY that on October 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I served the foregoing document by electronic mail or First Class international mail to the following persons who are not on ECF:

ANTONIA KONKOLY
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Phone: 202-514-2395
Email: antonia.konkoly@usdoj.gov

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
1500 Pennsylvania Ave. NW
Washington D.C. 20220
[by email service directly to OFAC counsel in compliance with 31 CFR 501.605]

Juan C. Basombrio, Esq.
Dorsey & Whitney LLP
1401 New York Avenue NW, Suite 900
Washington, DC 20005
(202) 442-3548
Email: basombrio.juan@dorsey.com
Counsel for Republic of Honduras

4

90120150.1

Alex C. Lakatos, Esq.
MAYER BROWN LLP
Attorneys for Garnishee Wells Fargo Bank, N.A.
1999 K Street N.W. (Office 842)
Washington, DC 20006-1101
(202) 263-3312
alakatos@mayerbrown.com

Nathaniel A. Tarnor, Esq.
HAGENS BERMAN SOBOL SHAPIRO, LLP
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (646) 543-4992
Email: NathanT@hbsslaw.com

BANCO CONTINENTAL, S.A.
Centro Comercial Nova Prisa 390
9-10 Avenida NO, Boulevard Morazan
San Pedro Sula, Cortes, Honduras

INVERSIONES CONTINENTAL (PANAMA), S.A. DE C.V.
Calle 50 con Aquilino de la Guardia
Plaza Blanco General, Piso 20
Panama City, Panama

INVERSIONES CONTINENTAL (PANAMA), S.A. DE C.V.
c/o Bernardo M. Cremades
B. Cremades y Asociados
Calle de Goya, 18, 2 Planta, 28001
Madrid, Spain

*/s/ Timothy W. Billion*

5